# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| FIBER SYSTEMS INTERNATIONAL | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-CV-473 |
| | § | |
| APPLIED OPTICAL SYSTEMS, INC. | § | |

## <u>MEMORANDUM ORDER</u>

The above-titled and numbered civil action was heretofore referred to United States

Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate

Judge, which contains his proposed findings of fact and recommendation for the disposition of

the plaintiff's motion (No. 84) for partial summary judgment, has been presented for

consideration. The plaintiff has filed an objection to the report and recommendation. The

undersigned has reviewed Judge Everingham's report and recommendation and the plaintiff's

objection. The undersigned overrules the plaintiff's objection and adopts the findings and

conclusions contained in Judge Everingham's report and recommendation. Accordingly, the

court denies the plaintiff's motion (No. 84) for partial summary judgment.

SIGNED this 29th day of September, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE