IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FIBER SYSTEMS INTERNATIONAL, INC., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 2-06-CV-473 |
| APPLIED OPTICAL SYSTEMS, INC., | § § § | |
| Defendant. | § § | |

JOINT CLAIM CONSTRUCTION CHART
PURSUANT TO LOCAL PATENT RULE 4-5(d)

Plaintiff Fiber Systems International, Inc. ("FSI") and Defendant Applied Optical Systems, Inc. ("AOSI") hereby file their Joint Claim Construction Chart Pursuant to Local Patent Rule 4-5(d) ("Joint Chart").

| Claim 1 of U.S. Patent No. 6,305,849 | FSI's Proposed Construction | AOSI's Proposed Construction | Court's Construction |
|---|---|---|---|
| A multi-channel fiber optic cable connector for connecting the terminal ends of two multi-channel fiber optic cables having termini of respective ones of multiple optical fibers included within said cables, the connector comprising:<br><br>**a first housing having a first connector face, a first insert cap tower with and two first tangs which extend forward of said first connector face**,<br><br>wherein said two first tangs and said first insert cap tower are spaced apart to extend forward of said first connector face in a keyed arrangement for reciprocally engaging **a second housing having a second insert cap tower with two second tangs**, | a housing that includes a connector face, and three protuberances that extend forward of the connector face, one of which is an insert cap tower and two of which are tangs<br><br><br>a second housing that includes at least three protuberances, one of which is an insert cap tower, and two of which are tangs | the first housing includes a first connector face and a first insert cap tower, and the insert cap tower "has" or "includes" or "possesses" the two first tangs<br><br><br>the second housing includes a second insert cap tower, and the second insert cap tower "has" or "includes" or "possesses" the second two tangs | |

**JOINT CLAIM CONSTRUCTION CHART**
<u>**PURSUANT TO LOCAL PATENT RULE 4-5(d)**</u>                                                                                               Page 2

| | | | |
|---|---|---|---|
| **said two first tangs fitting adjacent to the second insert cap tower**, | when the two connectors are mated, the two first tangs are fitting "nearby" or "close to" the second insert cap tower, such that the two first tangs may be, but are not necessarily required to be, in contact with the second insert cap tower [**AGREED**] | when the two connectors are mated, the two first tangs are fitting "nearby" or "close to" the second insert cap tower, such that the two first tangs may be, but are not necessarily required to be, in contact with the second insert cap tower [**AGREED**] | when the two connectors are mated, the two first tangs are fitting "nearby" or "close to" the second insert cap tower, such that the two first tangs may be, but are not necessarily required to be, in contact with the second insert cap tower |
| **said first insert cap tower fitting adjacent to the second insert cap tower and the second tangs**, and | when the two connectors are mated, the first insert cap tower is fitting "nearby" or "close to" the second insert cap tower, such that the first insert cap tower may be, but is not necessarily required to be, in contact with the second insert cap tower [**AGREED**] | when the two connectors are mated, the first insert cap tower is fitting "nearby" or "close to" the second insert cap tower, such that the first insert cap tower may be, but is not necessarily required to be, in contact with the second insert cap tower [**AGREED**] | when the two connectors are mated, the first insert cap tower is fitting "nearby" or "close to" the second insert cap tower, such that the first insert cap tower may be, but is not necessarily required to be, in contact with the second insert cap tower |
| **said first connector face fitting against a second forward surface of the second insert cap tower**; | the connector face of a first connector is directly opposite of, or faces, a forward surface of the second insert cap tower of a second connector | when a first connector and a second connector are mated, the face of the first connector is fitting in contact with the forward surface of the second insert cap tower of the second connector | |

| | | | |
|---|---|---|---|
| said first insert cap tower having two interior passages which define first insert cap tower cavities within which are disposed respective ones of a first pair of said termini; and<br><br>said first connector face having a pair of interior passages which define two first connector face cavities which are disposed between said first insert cap tower and said two first tangs, from which respective ones of a second pair of said termini extend. | | | |

Dated: March 13, 2009.                    Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By:  /s/ Anthony F. Matheny
Christopher M. Joe
Lead Attorney
State Bar No. 00787770
Email: joec@gtlaw.com
Hugh E. Hackney
State Bar No. 08670000
E-mail: hackneyh@gtlaw.com
Brian A. Colao
State Bar No. 007935278
E-mail: colaob@gtlaw.com
Peter S. Wahby
State Bar No. 24011171
E-mail: wahbyp@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone:     (214) 665-3604
Facsimile:      (214) 665-5904

Anthony F. Matheny
State Bar No. 24002543
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:     (713) 374-3583
Facsimile:      (713) 754-7583
E-mail: mathenya@gtlaw.com

*ATTORNEYS FOR PLAINTIFF*
*FIBER SYSTEMS INTERNATIONAL, INC.*

**MUNCK CARTER, P.C.**

By:   /s/ J. Robert Arnett, II
E. Leon Carter
Texas State Bar No. 03914300
William A. Munck
Texas State Bar No. 00786127
J. Robert Arnett, II
Texas State Bar No. 01332900

S. Wallace Dunwoody
Texas State Bar No. 24040838
Robert D. McCutcheon
Texas State Bar No. 00789480
MUNCK CARTER, P.C.
600 Banner Place
12770 Coit Road
Dallas, Texas 75240
(972) 628-3600 - Telephone
(972) 628-3616 - Facsimile

***ATTORNEYS FOR DEFENDANT***
***APPLIED OPTICAL SYSTEMS, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 13th day of March, 2009. Any other counsel of record will be served by facsimile transmission and first class mail

    /s/ Anthony F. Matheny
Anthony F. Matheny