**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FIBER SYSTEMS INTERNATIONAL, INC. | § § § | |
| vs. | § § § | CASE NO. 2:06-CV-473 |
| APPLIED OPTICAL SYSTEMS, INC. | § | |

**ORDER**

The court grants in part the plaintiff Fiber Systems International, Inc.'s Emergency Opposed Motion to Enlarge Time (Dkt. No. 280). The plaintiff's responses to the defendant's three summary judgment motions–Motion for Summary Judgment of Invalidity Due to Inequitable Conduct During Reexamination, Motion for Summary Judgment of Invalidity Due to Broadening During Reexamination, and Motion for Summary Judgment on Infringement Claims Based on the Doctrine of Equivalents–are now due on Tuesday, October 13, 2009.

SIGNED this 6th day of October, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE