IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| FIBER SYSTEMS INTERNATIONAL, INC. | § | |
| Vs. | § | CIVIL ACTION NO. 2:06-CV-473 |
| APPLIED OPTICAL SYSTEMS, INC. | § | |

### ORDER

FSI's motion for judgment on the pleadings (#270) is denied as moot.

AOSI's motion for summary judgment regarding inequitable conduct during reexamination (#274) is denied.

AOSI's motion for summary judgment regarding non-infringement under the doctrine of equivalents (#273) is denied.

SIGNED this 26th day of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE