IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FIBER SYSTEMS INTERNATIONAL, INC., | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 2-06-CV-473 |
| APPLIED OPTICAL SYSTEMS, INC., | § § § | |
| Defendant. | § § | |

## FIBER SYSTEMS INTERNATIONAL, INC.'S REQUEST FOR DAILY TRANSCRIPT AND REAL TIME REPORTING OF COURT PROCEEDINGS

Pursuant to the Court's Second Amended Docket Control Order (Dkt 258), Plaintiff Fiber Systems International, Inc. ("Plaintiff") hereby files this Notice of Request for Daily Transcript and Real Time Reporting of Trial Proceedings in this matter currently set for trial November 16, 2009.

A copy of this Notice is being provided via electronic mail to the Court Reporter, Susan Simmons, at lssimmons@yahoo.com

Dated: October 26, 2009.	Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: /s/ Christopher M. Joe
Christopher M. Joe
Lead Attorney
State Bar No. 00787770
Email: joec@gtlaw.com
Hugh E. Hackney
State Bar No. 08670000
E-mail: hackneyh@gtlaw.com
Brian A. Colao
State Bar No. 007935278
E-mail: colaob@gtlaw.com
Peter S. Wahby
State Bar No. 24011171
E-mail: wahbyp@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone:	(214) 665-3604
Facsimile:	(214) 665-5904

*ATTORNEYS FOR PLAINTIFF
FIBER SYSTEMS INTERNATIONAL, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 26th day of October, 2009. Any other counsel of record will be served by facsimile transmission and first class mail.

/s/ Christopher M. Joe
Christopher M. Joe