IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FIBER SYSTEMS INTERNATIONAL, INC. § | | |
| § | | |
| V. § | CIVIL NO. 2:06-CV-473(TJW) | |
| § | | |
| APPLIED OPTICAL SYSTEMS, INC. § | | |

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF: | Christopher Joe |
| ATTORNEY FOR DEFENDANT: Humana, Inc. | Leon Carter |
| LAW CLERK: | Shane Nelson |
| COURTROOM DEPUTY: | Becky Andrews |
| COURT REPORTER: | Susan Simmons |

JURY SELECTION
October 30, 2009 @ 11:30 a.m.

OPEN:     11:58 a.m.                                    ADJOURN:     2:10 p.m.

Court opened. Court addressed the prospective jurors regarding the voir dire process. The Court called the case.

Chris Joe announced ready for the plaintiff and introduced those seated at the plaintiff's table.

Leon Carter announced ready for the defendant and introduced those seated at the defendant's table.

The Court announced that this trial will begin on Monday, November 16, 2009 at 8:30 a.m. and will possibly go through the next Monday, the 23rd.

Each juror answered the standard nine (9) questions displayed on the screen.

12:25 p.m. - Mr. Joe conducted voir dire on behalf of the plaintiff.

12:55 p.m. - Mr. Carter conducted voir dire on behalf of the defendant.

The Court excused the jurors until 1:55 p.m., except for two jurors.  The Court took up excuses from those two jurors at the bench.

1:26 p.m. - Recess

Jurors were brought back into the courtroom and seated.  The ten (10) selected jurors were called and seated.  The remaining jurors were thanked by the Court and excused.  The jury was given the Oath.  The Court gave instructions to the jury and reminded them of the trial schedule.  The trial will begin on Monday, November 16, 2009 at 8:30 a.m.

2:10 p.m. - Court was adjourned.