IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 19 2009

DAVID J. MALAND, CLERK
BY DEPUTY _____

| | |
|---|---|
| FIBER SYSTEMS INTERNATIONAL, INC., § § *Plaintiff*, § § v. § § APPLIED OPTICAL SYSTEMS, INC., § § *Defendant*. § | CASE NO. 2:06-CV-473-TJW-CE |

## VERDICT FORM

**Question No. 1:**

Do you find that FSI has proven by a preponderance of the evidence that AOSI's TFOCA/16 CCTA product infringes claim 31 of U.S. Patent No. 6,305,849 ("the '849 patent")? Answer "yes" or "no." __NO__

*If you have found infringement in Question No. 1, please answer Question Nos. 2 and 3. Otherwise, do not answer the following questions. The jury foreperson should instead sign and date the Verdict Form and return it to the Security Officer.*

**Question No. 2:**

Do you find that FSI has proven by clear and convincing evidence that AOSI's infringement was willful?

Answer "yes" or "no." _NO_

**Question No. 3:**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate FSI for any infringement you have found?

Answer in dollars, if any, for a reasonable royalty.

Answer: _____0_____

*The jury foreperson should sign and date the Verdict Form and return it to the Security Officer.*

Signed this __19__ day of November, 2009.